536

441 A.2d 460

Commonwealth v. Gill, Appellant.

Submitted September 21, 1981. Spero T. Lappas, for appellant; David B. Dowling, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence is affirmed.

441 A.2d 460

Commonwealth, Appellant v. Heberling.

Argued May 4, 1981. Amil M. Minora, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellant; Raymond L. Hamill, for appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.